| Ex Parte | 2010 TSPR 185 |
|---|---|
| Belén Valentín de Sánchez | 179 DPR ____ |

Número del Caso: TS-4554

Fecha: 19 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

4554

Belén Valentín de Sánchez

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Juez Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Belén Valentín de Sánchez, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo